UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

ROBERT LEE LEGG, JR.,
IAN MICHAEL CRAMER, and
SHANE STEPHEN HOLBROOK,

Plaintiffs,

v.                                            Case No. 2:16-cv-10546

SOUTH CENTRAL REGIONAL JAIL,
SARGEANT JEROD TERRY,
CORPORAL RYAN WEB, OFFICER HICKS,
and AMINISTRATOR ANTHONY LEONARD,

Defendants.

### JUDGMENT ORDER

In accordance with the order adopting the magistrate judge's Proposed Findings and Recommendation this day entered in the above-styled civil action, it is ORDERED that the complaint be, and it hereby is, dismissed without prejudice and stricken from the docket of the court.

The Clerk is directed to forward copies of this order to plaintiff, all counsel of record and the United States Magistrate Judge.

DATED: May 3, 2019

_____
John T. Copenhaver, Jr.
Senior United States District Judge